**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller, et al., | No. CV 06-504-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Aramark Leisure Services Group Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Continue Preliminary Pretrial Conference (dkt. 10), in which Defendants have joined.  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Continue Preliminary Pretrial Conference.  (Dkt. 10.)

**IT IS FURTHER ORDERED VACATING** the parties' Preliminary Pretrial Conference set to take place on July 19, 2006 at 4:00 p.m.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for September 27, 2006 at 4:00 p.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

1 **IT IS FURTHER ORDERED** that, with the exception of the date and time change
2 approved above, the parties shall comply with all other requirements set forth in the Order
3 Setting Rule 16 Preliminary Pretrial Conference issued by the Court on July 3, 2006. <u>See</u>
4 Dkt. 9.

5 DATED this 10th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -