**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ellen Spiller, et al., | ) | No. CV 06-504-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Aramark Leisure Services Group Inc., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is a Stipulation filed by all parties to continue the Preliminary Pretrial Conference scheduled for September 27, 2006. (Dkt. 13.) The parties may not stipulate to continue a date on which the Court has ordered them to appear. Rather, the parties must file a Joint Motion to Continue the Preliminary Pretrial Conference.

Accordingly

**IT IS HEREBY ORDERED** that the Parties Stipulation to Continue the Preliminary Pretrial Conference scheduled for September 27, 2006 shall be stricken. (Dkt. 13.)

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge