**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Aramark Leisure Services Group Inc., et al.,<br><br>　　　　Defendants. | No. CV 06-504-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Defendant/Third Party Plaintiff Aramark Sports & Entertainment Service's ("Aramark") Motion to Continue Preliminary Pretrial Conference (dkt. 15), to which none of the other parties object.  Good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Continue Preliminary Pretrial Conference.  (Dkt. 15.)

　　　**IT IS FURTHER ORDERED VACATING** the parties' Preliminary Pretrial Conference set to take place on September 27, 2006 at 4:00 p.m.

　　　**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for October 4, 2006 at 11:00 a.m. before the

1  Honorable Stephen M. McNamee, in Courtroom #605, sixth floor, Sandra Day O'Connor
2  U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.
3      **IT IS FURTHER ORDERED** that, with the exception of the date and time change
4  approved above, the parties shall comply with all other requirements set forth in the Order
5  Setting Rule 16 Preliminary Pretrial Conference issued by the Court on July 3, 2006.  See
6  Dkt. 9.
7      DATED this 13th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge