**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller, et al., | No. CV 06-504-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Aramark Leisure Services Group Inc., et al., | |
| Defendants. | |

Pending before the Court is Third Party Defendant George Van Luchene's Motion to Appear Telephonically at the Preliminary Pretrial Conference scheduled to take place on October 4, 2006 at 11 a.m. (Dkt. 19.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Appear Telephonically at Preliminary Pretrial Conference on October 4, 2006 at 11 a.m. (Dkt. 19.)

**IT IS FURTHER ORDERED** that Third Party Defendant George Van Luchene shall call the Court on a clear telephone line on October 4, 2006 at 10:55 a.m. at 602-322-7555.

DATED this 14th day of September, 2006.

Stephen M. McNamee
United States District Judge