**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller and John Spiller, wife and husband,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>ARAMARK LEISURE SERVICES GROUP INC., an Arizona corporation; ARAMARK SPORTS & ENTERTAINMENT SERVICES, an Arizona corporation; LAKE POWELL RESORTS & MARINA, an Arizona corporation; JOHN DOE I, an employee of Defendants, and JANE DOE I, husband and wife; JOHN DOE II, an employee of Defendants, and JANE DOE II, husband and wife; JOHN DOES III-X; JANE DOES III-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; AND GREEN LIMITED LIABILITY COMPANIES I-X,<br><br>　　　　　Defendants. | No. CV-06-504-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion for an Extension of Time to Comply with the Deadlines Established in the Order of the Court entered October 11, 2006. (Doc. 29). This Court reserves the authority to extend discovery deadlines, especially blanket requests such as the six month request currently before the Court, for circumstances proving necessary and not creating undue delay. Here, the parties have failed to set forth any reason for

1 such a broad request. Further, in submitting proposed orders for the Court's review, counsel
2 must provide dates certain for each individual proposed deadline.
3      Accordingly
4      **IT IS HEREBY ORDERED DENYING** without prejudice the parties' Stipulated
5 Motion for an Extension of Time to Comply with the Deadlines Established in the Order of the
6 Court entered October 11, 2006. (Doc. 29).
7      **IT IS FURTHER ORDERED** that the parties may file a second request for an extension
8 wherein they provide the Court with reasonable justification for such a delay.
9      DATED this 25th day of May, 2007.

Stephen M. McNamee
United States District Judge