1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller and John Spiller, wife and husband,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>ARAMARK LEISURE SERVICES GROUP INC., an Arizona corporation; ARAMARK SPORTS & ENTERTAINMENT SERVICES, an Arizona corporation; LAKE POWELL RESORTS & MARINA, an Arizona corporation; JOHN DOE I, an employee of Defendants, and JANE DOE I, husband and wife; JOHN DOE II, an employee of Defendants, and JANE DOE II, husband and wife; JOHN DOES III-X; JANE DOES III-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; AND GREEN LIMITED LIABILITY COMPANIES I-X,<br><br>　　　　　Defendants. | No. CV-06-504-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion for an Extension of Time to Comply with the Deadlines Established in the Order of the Court entered October 11, 2006. (Doc. 32). In the Court's Order dated May 25, 2007, the Court advised counsel, "in submitting proposed orders for the Court's review, counsel must provide **dates certain** for each individual proposed deadline." In lieu of complying with the Court Order, it appears that counsel simply re-filed the identical proposed order that was filed with the original motion.

1  Accordingly,

2  **IT IS HEREBY ORDERED DENYING** without prejudice the parties' Stipulated
3  Motion for an Extension of Time to Comply with the Deadlines Established in the Order of the
4  Court entered October 11, 2006. (Doc. 32).

5  **IT IS FURTHER ORDERED** that the parties may file a third request for an extension
6  wherein they provide the Court with a proposed order including **dates certain** for each
7  individual proposed deadline[1].

8  DATED this 7th day of June, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge

---

[1] Counsel is to provide the Court with a proposed order which sets forth the original dates certain and the **proposed dates certain** for each individual deadline that the parties seek to extend. According to the Court's previous Order, proposed deadlines must fall on Fridays.

- 2 -