**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller and John Spiller, wife and husband,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>ARAMARK LEISURE SERVICES GROUP INC., an Arizona corporation; ARAMARK SPORTS & ENTERTAINMENT SERVICES, an Arizona corporation; LAKE POWELL RESORTS & MARINA, an Arizona corporation; JOHN DOE I, an employee of Defendants, and JANE DOE I, husband and wife; JOHN DOE II, an employee of Defendants, and JANE DOE II, husband and wife; JOHN DOES III-X; JANE DOES III-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; AND GREEN LIMITED LIABILITY COMPANIES I-X,<br><br>　　　　　Defendants. | No. CV-06-504-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is the parties' Stipulated Motion for an Extension of Time to Comply with the Deadlines Established in the Order of the Court entered October 11, 2006. (Doc. 34). Good cause appearing,

　　　**IT IS HEREBY ORDERED** that the parties are granted six months extension as to each

deadline contained in the Rule (16) Scheduling Order, dated October 11, 2006.

**Accordingly:**

**IT IS HEREBY ORDERED** that Plaintiffs' original deadline of July 13, 2007 to disclose the identity of any person who may be used at trial to present evidence under Federal rules of Evidence 701, 702, 703, 704, and 705 is **hereby vacated**. The new deadline is now **February 8, 2008**. The Defendants' original due date of September 14, 2007 to disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, or 705 is **hereby vacated**. The new deadline is now **April 11, 2008**. The original deadline of October 12, 2007 for disclosures of rebuttal experts is **hereby vacated**. The new deadline is now **May 9, 2008**. No deposition of any expert witnesses shall occur before the disclosures concerning expert witnesses mandated by this Order are made. The original due date of December 7, 2007 to complete all expert depositions is **hereby vacated**. The new deadline is now **July 11, 2008**.

**IT IS FURTHER ORDERED** that original due date of June 1, 2007 for completion of all percipient discovery is **hereby vacated**. The new deadline is now **December 19, 2007**.

**IT IS FURTHER ORDERED** that original due date of February 1, 2008 for filing of all dispositive motions is **hereby vacated**. The new deadline is now **August 29, 2008**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference originally scheduled for March 5, 2008 at 4:00 p.m. is **hereby vacated**. A Final Pretrial Conference **has been rescheduled for October 8, 2008 at 4:00 p.m**. in courtroom #605 on the sixth floor of the United States Courthouse, 401 West Washington Street, Phoenix, Arizona. The attorneys for each party who will be responsible for trial of the lawsuit shall **APPEAR** and **PARTICIPATE** in the Final Pretrial Conference.

**IT IS FURTHER ORDERED** that all other orders in Rule 16 Scheduling Order, dated October 11, 2006, shall remain in full force and effect.

DATED this 11th day of June, 2007.

Stephen M. McNamee
United States District Judge