**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller and John Spiller, wife and husband,<br><br>　　　　　　Plaintiffs<br><br>　v.<br><br>ARAMARK LEISURE SERVICES GROUP INC., an Arizona corporation; ARAMARK SPORTS & ENTERTAINMENT SERVICES, an Arizona corporation; LAKE POWELL RESORTS & MARINA, an Arizona corporation; JOHN DOE I, an employee of Defendants, and JANE DOE I, husband and wife; JOHN DOE II, an employee of Defendants, and JANE DOE II, husband and wife; JOHN DOES III-X; JANE DOES III-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; AND GREEN LIMITED LIABILITY COMPANIES I-X,<br><br>　　　　　　Defendants. | No. CV-06-504-PHX-SMM<br><br>**ORDER** |

　　　Having received Third Party Defendant George R. Vanluchene's Notice of Settlement (Doc. 43), and good cause appearing,

　　　**IT IS HEREBY ORDERED** that the relevant parties have until **Friday, December 7, 2007** to file a stipulation for dismissal of this action signed by the parties.

1  **IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Wednesday, December 12, 2007 at 1:30 p.m.** If the stipulation is received by **Friday, December 7, 2007** the status conference will be automatically vacated.

DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge