**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ellen Spiller and John Spiller, wife and husband,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>ARAMARK LEISURE SERVICES GROUP INC., an Arizona corporation; ARAMARK SPORTS & ENTERTAINMENT SERVICES, an Arizona corporation; LAKE POWELL RESORTS & MARINA, an Arizona corporation; JOHN DOE I, an employee of Defendants, and JANE DOE I, husband and wife; JOHN DOE II, an employee of Defendants, and JANE DOE II, husband and wife; JOHN DOES III-X; JANE DOES III-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; AND GREEN LIMITED LIABILITY COMPANIES I-X,<br><br>　　　　　Defendants. | No. CV-06-504-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 50]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 50]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

1 **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are
2 hereby **VACATED**.
3 **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all disputes
4 among the parties arising out of the settlement agreement, including but not limited to
5 interpretation and enforcement of the terms of the settlement agreement.
6 DATED this 6th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge